United States District Court
Southern District of Texas
**ENTERED**
August 26, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| MSHB Restaurant LLC, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § Civil Action No. H-24-1973 | |
| Nepal Business Investment, LLC, § | |
| Binod Panthi, § | |
| and Hem Tiwari § | |
| § | |
| Defendant. § | |

## ORDER OF ADOPTION

The Court has carefully considered the Magistrate Judge's Report and Recommendation (docket no. 103) dated August 11, 2025, and Plaintiff, MSHB Restaurant LLC's objections (docket no. 107) and concludes that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, MSHB Restaurant LLC's Motion to Strike Defendants' Affirmative Defenses (docket no. 91) is **DENIED**.

**SIGNED** at Houston, Texas, on this the 26th day of August, 2025

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE