United States District Court
Southern District of Texas
**ENTERED**
August 20, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| MSHB Restaurant LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. H-24-1973 |
| Nepal Business Investment , LLC, | § | |
| Binod Panthi, | § | |
| and Hem Tiwari | § | |
| | § | |
| Defendant. | § | |

**ORDER OF ADOPTION**

The Court has carefully considered the Magistrate Judge's Report and Recommendation (docket no. 139) dated August 10, 2026, and Plaintiff, MSHB Restaurant LLC's objections (docket no. 140) and the Court concludes that the Report and Recommendation should be adopted by this Court.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, MSHB Restaurant LLC's Motion for Partial Summary Judgment (docket no. 122) is **DENIED**.

It is further **ORDERED** that Defendants, Nepal Business Investment, LLC, Binod Panthi and Hem P. Tiwari's Motion for Summary Judgment (docket no. 128) is **GRANTED**.

**SIGNED** at Houston, Texas, on this the 20th day of August, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE