United States District Court
Southern District of Texas
**ENTERED**
August 20, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| MSHB Restaurant LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. H-24-1973 |
| Nepal Business Investment , LLC, | § | |
| Binod Panthi, | § | |
| and Hem Tiwari | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with this Court's Orders of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff, MSHB Restaurant LLC's claims against Defendants, Nepal Business Investment, LLC, Binod Panthi and Hem P. Tiwari, are **DISMISSED WITH PREJUDICE**, and that Plaintiff **TAKE NOTHING** against Defendants.

Costs shall be taxed against Plaintiff.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 20th day of August, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE