United States District Court
Southern District of Texas
**ENTERED**
November 06, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| MSHB Restaurant LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. H-24-1973 |
| Nepal Business Investment , LLC, | § | |
| Binod Panthi, | § | |
| and Hem Tiwari | § | |
| | § | |
| Defendant. | § | |

## ORDER OF ADOPTION

Having reviewed the Magistrate Judge's Report and Recommendation (docket no. 157) dated October 21, 2026, and no party having filed objections thereto, the Court is of the opinion that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendants, Nepal Business Investment, LLC, Binod Panthi and Hem Tiwari's Motion for Attorneys' Fees (docket no. 143) is **DENIED**.

It is further **ORDERED** that Defendants, Nepal Business Investment, LLC, Binod Panthi and Hem Tiwari's Motion for Leave to File an Untimely Bill of Costs (docket no. 148) is **DENIED**.

**SIGNED** at Houston, Texas, on this the 6th day of November, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE